### 38796. KING SALES COMPANY, INC. v. CHILDS.

FRANKUM, Judge. The instant case is controlled by the ruling in division 2 of *King Sales Co., Inc v. McKey*, ante. Accordingly, the trial court's order overruling the defendants' general demurrer must be reversed.

*Judgment reversed. Townsend, P. J., and Jordan, J., concur.*

DECIDED JUNE 28, 1961.

*Bruce B. Edwards,* for plaintiff in error.
*Edward J. Henning, Bert C. Cushway,* contra.